*E-FILED - 7/23/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ROBERT PULLEY, | ) | No. C 06-0061 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| C.M. HARRISON, Warden, | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, judgment is hereby entered in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.06\Pulley061jud.wpd       1